## IN RE RESIGNATION OF SANDERS.

[Cite as *In re Resignation of Sanders* (1995), 73 Ohio St.3d 1209.]

(No. 95–1395—Submitted July 26, 1995—Decided July 27, 1995.)

The resignation as an attorney of Daniel Joseph Sanders of Toledo, Ohio, Attorney Registration No. 0008953, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## IN RE RESIGNATION OF SAUTER.

[Cite as *In re Resignation of Sauter* (1995), 73 Ohio St.3d 1209.]

(No. 95–1383—Submitted July 26, 1995—Decided July 27, 1995.)

The resignation as an attorney of Mark Stephen Sauter of Cincinnati, Ohio, Attorney Registration No. 0033014, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

## CLEVELAND BAR ASSOCIATION *v.* FRYE.

[Cite as *Cleveland Bar Assn. v. Frye* (1995), 73 Ohio St.3d 1209.]

(No. 94–1378—Submitted and decided August 31, 1995.)

This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Thomas Frye.

The court coming now to consider its order of November 9, 1994, suspending respondent, Thomas Frye, Attorney Registration No. 0033909, last known ad-